with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK, as Appointee, etc., to Carry Out the Terms of the Will of GEORGE PARBURY POLLEN, Deceased, etc.— Order modified so as to provide that Rosalie F. Janoer shall be awarded the sum of $300 for services rendered in connection with the appeal, in place of the $1,000 awarded contingently, said amount to be payable as provided by the order appealed from in respect to the sum of $1,619. Upon such payment being made, all claim of Rosalie F. Janoer against Fritz L. Schmidt, Jr., shall be discharged. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARTHUR LEVY, Respondent, v. HARVEY A. TURNURE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH COLETTI, Respondent, v. JAMES TUSCANI, Appellant.— Order modified by striking out the provision requiring a surety company undertaking to be filed, and as so modified affirmed, without costs, and with leave to the defendant to comply with the conditions of the order numbered " (1) " and " (2) " within five days from service of this order with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN B. COPPOLA, Appellant, v. ANGELO M. BUCCINI, Also Known as ANGELO M. B. SALVIATI, Respondent.— Appeal from order of October 5, 1926, dismissed, with ten dollars costs and disbursements to the respondent, upon the concession made on the argument by appellant's counsel that he had accepted the costs imposed as a condition for opening the default by the order appealed from. Appeal from order of October 26, 1926, dismissed, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

E. OSBORNE SMITH, INC., Appellant, v. UNIVERSITY FINANCE COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLARENCE FAY, Respondent, v. " BENJAMIN " W. LOUGHEED, the Name " Benjamin " Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRAHAM RICE and Others, Appellants.— Order modified by granting leave to the defendants to renew motion in the event that the plaintiff do not within ten days from service of order serve an additional bill of particulars, either giving the remaining items required by the order granting the bill of particulars, or, in default thereof, stating the lack of information under oath in conformity with the provisions of said order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRAHAM RICE and Others, Appellants.— Order reversed and motion denied, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM A. TOBIAS, Respondent, v. RALPH O. DALE, Defendant, Impleaded with THEODORE FRIEDEBERG, Appellant.— Order affirmed, with ten dollars costs